# AFFIDAVIT PURSUANT TO F.R.C.P. 43 (e)

1. Name(s) Craig Mark Weisbecker
   Address: 38 Natalie Terrace Absecon NJ 08201
   Phone No.: 609-231-6918
   Case No.: 19-33281

2. Date of Filing Chapter 7 Petition December 16th

3. Did you receive assistance in the preparation of your Chapter 7 Petition? NO

4. If yes, please identify the individual or firm that provided the assistance.

   Name(s)_____

   Address_____

5. Please identify in as much detail as possible the services that were provided by the party identified in Question 3.

   _____
   _____
   _____

   Were you advised about your exemptions?

   _____

   Were you advised about the status of your property, including your real estate, if any?

   _____

6. How did you learn of the services provided by the party identified above?

   _____
   _____

7. Please specify the amount of compensation, if any, you paid to the above named party for the services in connection with the filing of your bankruptcy petition.

Amount Paid: $ 0

Is any amount still owed? If so, please indicate how much is still owed:

### SWORN DECLARATION UNDER PENALTY OF PERJURY

I, (We) Craig Weisbecker

certify under penalty or perjury that the foregoing is true and correct; and that the above information is consistent with my testimony given under oath on this 23 day January, 2020

_____
Signature(s)

Dated: 1-23/20

Witness: _____, Chapter 7 Trustee